FILED
JUL 11 2022
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM HAROLD WRIGHT, JR.
  Plaintiff,
V.                          No. 1:22-CV-150

CMC Allen, et al.,
  Defendants.

## AMENDED COMPLAINT

Biven V. Six Unknown Named Agents, 403 U.S. 388, 395, 91 S. Ct. 1999, 29 L.Ed.2d 619 (1971).

Violation:   Fifth Amendment Due Process, failing to obey BOP policies and procedure.

1. CMC Allen
2. Counselor EZZOlo
3. Case manager Gabriel

1. CMC Allen violated plaintiff due process rights by failing to obey BOP policies and procedure.

2. Counselor E22olo violated plaintiff due process rights by failing to obey BOP policies and procedure, and denying plaintiff the right to grieve.

3. Case manager Gabriel violated plaintiff due process rights by failing to obey BOP policies and procedure, and denying plaintiff the right to grieve.

Supporting Facts

First and Foremost, because of these officers failure to follow BOP procedure, rose to the level of a Fifth Amendment Due Process Constitutional Violation.

On March 9, 2022 upon arrival at McKean FCI plaintiff informed CMC Ms. Allen that plaintiff have been misclassified as a Sex offender and would like this false false allegation immediately remove from his PSF. Plaintiff explained to CMC Ms. Allen that plaintiff was never charged are convicted of the false allegation in 1981 threat rape by threat. And at sentencing the district court made it clear to the government that it will only consider conviction, the district court never consider the false allegation in plaintiff's PSI in 1981. Plaintiff was arrested but never charged D.A reject. Due to this wrongful classification and being place in one of BOP most dangrous prison, USP Pollock was severely emotional distressful, and life threating. CMC Allen stated she was not removing the false allegation, from plaintiff PSF File.

(2)

On March 10, 2022 While being house in (SHU) Special Housing Unit, which plaintiff was retaliated against for conduct that occur at another facility. Plaintiff was lock up over 24 hours without a lock up order. On the same day plaintiff refuse to give officer App the food trays back, until LT. Blankenship bring him a Lock up order informing him why he was being lock up. And plaintiff also informed officer App that they cannot remove inmates mattress from their cell using disciplinary action, as cause. Officer App accused plaintiff of being disruptive and causing others inmates on A range to start yelling and became disruptive as well. Officer App irreprehensible and dispicable conduct and very vendictive slander plaintiff name, by telling another inmates on A range that plaintiff was a sex offender / Chomo / Child molester. Plaintiff wrote three BP-8 concerning the matter specifically officer App slandering plaintiff name. Which place plaintiff in a harmful situation.

On 03-17-2022 0605 hrs. at plaintiff UDC hearing plaintiff informed them about officer App conduct On March 10, 2022, which was ignore and denied that they received any BP-8 concerning the matter. Which LT. Blankenship informed plaintiff she

personally gave unit team the BP-8's. On the same date and time plaintiff informed unit team / UDC committee / Counselor and Case manager Ezzolo and Gabriel, that they must reclassify plaintiff and remove that false allegation from plaintiff PSF. And that they are not following or obeying BOP policies and procedure. Officer Ezzolo and Gabriel stated " they have discuss the situation with CMC Ms. Allen and they were not reclassifying plaintiff and were not going to remove the false allegation from plaintiff PSF.

BOP policies clearly state " if a case has been dismiss or nolle prose give it cannot be enter into plaintiff PSF. The record clearly reflects that plaintiff have never been convicted of any sex crime.

### Relief Sought

Plaintiff seek from each officer (1) intentional infliction of mental destress 250,000 compensatory 750,000 punitive damages (2) Libel, slander, 200,000 compensatory damages 450,000 punitive damages.

Respectfully Submitted,

WILLIAM HAROLD WRIGHT, JR.
Pro-se / Litigant
Filed this 27th day of June 2022.

(4)